UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 06-0890 (DSD/JJG)

JOHN A. BEAVER,

    Plaintiff,

    v.                                                               **ORDER**

JO ANNE B. BARNHART,

    Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that: the case is **DISMISSED** for lack of prosecution.

Dated: October 31, 2006

                                              s/ David S. Doty
                                              DAVID S. DOTY
                                              Judge, U.S. District Court